# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2767
_____

Deidre Sherell Jackson

*Plaintiff - Appellant*

v.

Minnesota Department of Human Services

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 4, 2025
Filed: June 11, 2025
[Unpublished]
_____

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.
_____

PER CURIAM.

Deidre Jackson appeals the district court's[1] adverse judgment following a
bench trial in her employment discrimination action. After careful review of the

---

[1]The Honorable Katherine M. Menendez, United States District Judge for the
District of Minnesota.

record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Wright v. St. Vincent Health Sys.</u>, 730 F.3d 732, 737 (8th Cir. 2013) (after bench trial, this court reviews district court's factual findings for clear error and its legal conclusions de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____